IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN A. KILLINGSWORTH,

    Petitioner,                        No. CIV S-07-1333 LEW DAD P

    vs.

BOARD OF PAROLE HEARINGS, et al.,

    Respondents.                   ORDER

_____/

        Petitioner, a state prisoner at the California State Prison - Solano, is proceeding pro se and has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is challenging the May 31, 2006 decision by the Board of Parole Hearings to deny him parole.

        On July 23, 2007, the court ordered petitioner to file his application to proceed in forma pauperis. Petitioner has filed his application and it reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

On October 19, 2007, petitioner requested that the court take judicial notice of a California Superior Court decision issued by Judge Linda Condron. Petitioner's request will be denied as unnecessary. Petitioner may refer to that decision and other cases in support of his claims when he files his traverse.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis, filed on July 26, 2007, is granted;

2. Respondents are directed to file a response to petitioner's habeas petition within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter;

5. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General; and

6. Petitioner's October 19, 2007 request for judicial notice is denied as unnecessary.

DATED: February 20, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
kil1333.100