IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN A. KILLINGSWORTH,

    Petitioner,                        No. CIV S-07-1333 LEW DAD P

    vs.

BOARD OF PAROLE HEARINGS, et al.,

    Respondents.                  <u>ORDER</u>

/

        Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's April 21, 2008 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve his traverse.

DATED: April 25, 2008.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:ak
kill1333.111